United States District Court
Southern District of Texas
**ENTERED**
December 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| State of Texas, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-25-5371 |
| | § | |
| Erik Salvador Garcia, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF ADOPTION AND REMAND

The Court has carefully considered the Magistrate Judge's Memorandum and Recommendation (docket no. 9) dated December 10, 2025, and Defendant, Erik Salvador Garcia's objections (docket no. 11) and concludes that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that this action is **REMANDED** to the Municipal Court of the City of Pasadena, Texas.

The Clerk will promptly provide a copy of this Order of Remand to the Clerk of the Pasadena Municipal Court.

**SIGNED** at Houston, Texas, on this the 18th day of December, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE